# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   GORDON W. MERRILL & ADA K. MERRILL                     Case Number: 04-75268
PO BOX 122                                    SSN-xxx-xx-3303 & xxx-xx-5097
602 N. CHESTNUT ST / SPRINGBROOK COURT
FORRESTON, IL  61030

|  |  |
|---|---|
| Case filed on: | 10/21/2004 |
| Plan Confirmed on: | 1/7/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,000.00              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  |  |  |  |  |  |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | GORDON W. MERRILL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | FORD MOTOR CREDIT CORP | 2,965.00 | 2,965.00 | 2,965.00 | 188.76 |
| 002 | HEIGHTS FINANCE | 2,087.00 | 2,087.00 | 2,087.00 | 132.84 |
|  | Total Secured | 5,052.00 | 5,052.00 | 5,052.00 | 321.60 |
|  |  |  |  |  |  |
| 001 | FORD MOTOR CREDIT CORP | 3,951.91 | 3,951.91 | 1,769.59 | 0.00 |
| 002 | HEIGHTS FINANCE | 90.53 | 90.53 | 40.54 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST CONSUMERS NB MASTER TRUST | 1,487.44 | 1,487.44 | 666.05 | 0.00 |
| 009 | FCNB PREFERRED CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD | 539.74 | 539.74 | 241.69 | 0.00 |
| 011 | FREEPORT HEALTH NETWORK | 1,635.70 | 1,635.70 | 732.43 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 348.64 | 348.64 | 156.11 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 141.83 | 141.83 | 63.51 | 0.00 |
| 014 | MONROE CLINIC HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCM TRST | 1,304.71 | 1,304.71 | 584.23 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 3,507.57 | 3,507.57 | 1,570.62 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 4,281.73 | 4,281.73 | 1,917.29 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 704.87 | 704.87 | 315.63 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 1,815.41 | 1,815.41 | 812.91 | 0.00 |
|  | Total Unsecured | 19,810.08 | 19,810.08 | 8,870.60 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 27,462.08 | 27,462.08 | 16,522.60 | 321.60 |

| | |
|---|---|
| Total Paid Claimant: | $16,844.20 |
| Trustee Allowance: | $1,155.80 |
| Percent Paid Unsecured: | 44.78 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008              By  /s/Heather M. Fagan